UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Prealou J. Roberts</u>

    v.        Civil No. 09-cv-150-JL

<u>Manchester Police Department</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 14, 2009, no objection having been filed.

  SO ORDERED.

October 4, 2009        _____
                Joseph N. Laplante
                United States District Judge

cc: Prealou J. Roberts, pro se